IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES AARON WILLIAMS                                                                  PLAINTIFFS

v.                                            Civil No. 4:19-cv-04134

LT. MILLER and SGT. GRIFFIE, *et al.*                                                   DEFENDANTS

## **ORDER**

Plaintiff, Charles Aaron Williams, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* was granted on October 15, 2019. (ECF No. 3).

Currently before the Court is Defendants' Motion for Order Compelling Answers to Discovery Requests. (ECF No. 24). Plaintiff has not responded to the Motion.

In the Motion, the Defendants state that Interrogatories and Requests for Production of Documents were propounded to the Plaintiff on February 19, 2020. The discovery included a request for a medical authorization. Plaintiff did not respond. On March 25, 2020, Separate Defendant attempted to resolve the discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting his past due discovery responses within ten (10) days to avoid filing a motion to compel. To date, Plaintiff has not responded to Defendants' requests.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). To properly defend against Plaintiff's claims, Defendants are entitled to Plaintiff's discovery responses and copies of Plaintiff's medical records that relate to his alleged medical condition.

Accordingly, Defendants' Motion to Compel (ECF No. 24) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests,

including an executed medical authorization, **by May 15, 2020.  Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

      IT IS SO ORDERED this 29th day of April 2020.


                                  /s/ Barry A. Bryant
                                HON. BARRY A. BRYANT
                                UNITED STATES MAGISTRATE